# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 10-1425** | **September Term, 2013** |
| | EPA-75FR82430 |
| | EPA-76FR25178 |
| | **Filed On:** September 4, 2013 |

State of Texas, et al.,

       Petitioners

     v.

Environmental Protection Agency,

       Respondent

------------------------------

Conservation Law Foundation, et al.,
       Intervenors

------------------------------

Consolidated with 11-1062, 11-1128, 11-1247, 11-1249, 11-1250

      **BEFORE:**    Rogers, Tatel and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of petitioners' unopposed motion to extend the deadline to petition for rehearing and to extend the issuance of the mandate pending the Supreme Court's disposition of <u>Coalition for Responsible Regulation v. EPA</u>, it is

**ORDERED** the motion be granted. Any petition is now due 30 days after the Supreme Court's final disposition of the petitions for writ of certiorari in <u>Utility Air Regulatory Grp., et al. v. EPA</u>, Sup. Ct. Nos. 12-1166, et al.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                   BY:    /s/
                              Jennifer M. Clark
                              Deputy Clerk