# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 10-1425** | **September Term, 2014** |
| | EPA-75FR82430 |
| | EPA-76FR25178 |
| | Filed On: May 4, 2015 |

State of Texas, et al.,

       Petitioners

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Conservation Law Foundation, et al.,
       Intervenors

------------------------------

Consolidated with 11-1062, 11-1128, 11-1247, 11-1249, 11-1250

## No. 11-1037

                                                EPA-75FR77698
                                                EPA-75FR81874
                                                EPA-75FR82246

Utility Air Regulatory Group,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Wyoming Mining Association, et al.,
       Intervenors

------------------------------

Consolidated with 11-1038, 11-1039, 11-1040, 11-1041, 11-1059, 11-1060, 11-1063, 11-1075, 11-1076, 11-1077, 11-1078, 11-1287, 11-1288, 11-1289, 11-1290, 11-1291, 11-1292, 11-1293

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 10-1425**　　　　　　　　　　　　　　　　**September Term, 2014**

**BEFORE:**　Rogers, Tatel, and Kavanaugh*, Circuit Judges

## O R D E R

Upon consideration of the petitions for panel rehearing filed September 22, 2014, and the corrected petition for panel rehearing filed September 30, 2014, in the above-captioned cases, and the responses thereto, it is

**ORDERED** that the petitions be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Ken Meadows
　　　　　　　　　　　　　　　　Deputy Clerk

* Circuit Judge Kavanaugh would grant the panel petitions.