# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 10-1425** | **September Term, 2014** |
| | EPA-75FR82430 |
| | EPA-76FR25178 |
| | **Filed On:** May 4, 2015 |

State of Texas, et al.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Conservation Law Foundation, et al.,
      Intervenors

------------------------------

Consolidated with 11-1062, 11-1128, 11-1247, 11-1249, 11-1250

**No. 11-1037**

                                                    EPA-75FR77698
                                                    EPA-75FR81874
                                                    EPA-75FR82246

Utility Air Regulatory Group,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Wyoming Mining Association, et al.,
      Intervenors

------------------------------

Consolidated with 11-1038, 11-1039, 11-1040, 11-1041, 11-1059, 11-1060, 11-1063, 11-1075, 11-1076, 11-1077, 11-1078, 11-1287, 11-1288, 11-1289, 11-1290, 11-1291, 11-1292, 11-1293

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 10-1425**  **September Term, 2014**

**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the petitions for rehearing en banc filed by petitioner SIP/FIP Advocacy Group in the above-captioned cases, the responses thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petitions be denied.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                         Ken Meadows
                         Deputy Clerk